UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN HOME ENERGY INC. et al.,<br><br>*Plaintiffs*,<br><br>-against-<br><br>AEC YIELD CAPITAL LLC et al.,<br><br>*Defendants*.<br><br>AEC YIELD CAPITAL LLC and AEC 51 YIELD LLC,<br><br>*Plaintiffs*,<br><br>-against-<br><br>AMERICAN HOME ENERGY INC.,<br><br>*Defendant*. | <u>NOT FOR ELECTRONIC<br>OR PRINT PUBLICATION</u><br><br>**ORDER**<br><br>21-CV-1337 (ARR) (JAM)<br><br><br><br><br><br>21-CV-1479 (ARR) (JAM) |

ROSS, United States District Judge:

I have received a Report and Recommendation dated May 30, 2024, from the Honorable Joseph A. Marutollo, United States Magistrate Judge. R. & R., 21-CV-1479, ECF No. 28.[1] The deadline for filing objections has passed and no objections have been filed. Accordingly, I have reviewed the Report and Recommendation for clear error on the face of the record. *See Finley v.*

---

[1] The instant Report and Recommendation addresses a motion for default judgment in *AEC Yield Capital LLC et al. v. American Home Energy Inc.*, No. 21-CV-1479 (ARR) (JAM) (E.D.N.Y.) ("21-CV-1479"). This action has been consolidated with *American Home Energy Inc. et al. v. AEC Yield Capital LLC et al.*, No. 21-CV-1337 (ARR) (JAM) (E.D.N.Y.) ("21-CV-1337"). *See* Op. & Order, 21-CV-1337, ECF No. 22. In an Order dated September 27, 2023, I dismissed the Third Amended Complaint in 21-CV-1337 for failure to prosecute. *See* Op. & Order 9–11, 21-CV-1337, ECF No. 77.

*Trans Union, Experian, Equifax*, No. 17-CV-371 (LDH) (LB), 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (citing *Est. of Ellington ex rel. Ellington v. Harbrew Imps. Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)). Finding no clear error, I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1). Plaintiffs' motion for default judgment is granted. The clerk of court is respectfully directed to enter judgment for plaintiffs in accordance with the Report and Recommendation.

SO ORDERED.

           /s/
Allyne R. Ross
United States District Judge

Dated:     June 21, 2024
              Brooklyn, New York